# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2018

SEAN F. McAVOY, CLERK

TYSON EARL MOFFITT,

*Plaintiff*

v.

JOHN LEWIS,

*Defendant*

Civil Action No. 4:18-cv-05160-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 10) pursuant to Fed. R. Civ. P. 41(a), is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to waive the filing fee (ECF No. 11) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on motions to Voluntarily Dismiss Complaint (ECF No. 10) and Waive the Filing Fee (ECF No. 11).

Date: 12/6/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*
Lennie Rasmussen